■ In the Matter of HECTOR COLLAZO, Petitioner, v WILLIAM J. BRATTON, as Police Commissioner of the City of New York, et al., Respondents. [665 NYS2d 884] —Determination of respon-

dent Police Commissioner, dated November 6, 1995, which dismissed petitioner from his position as a police officer, unanimously confirmed, the petition denied, and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, New York County [Helen Freedman, J.], entered on or about August 26, 1996), dismissed, without costs.

Substantial evidence supports respondent's finding that petitioner was involved in the misconduct for which his fellow officer was dismissed (*Matter of Ildefonso v Bratton*, 238 AD2d 142, *lv denied* 90 NY2d 810), and, as was the case with that officer, the penalty of dismissal does not shock our conscience. Concur—Sullivan, J. P., Rosenberger, Wallach, Nardelli and Colabella, JJ.